# Exhibit H

# The American Presidency Project (https://www.presidency.ucsb.edu/)



 **HARRY S. TRUMAN (/PEOPLE/PRESIDENT/HARRY-S-TRUMAN)**

**Statement by the President Upon Signing Bill Relating to the Employment of Mexican Agricultural Workers.**

August 16, 1951

I HAVE today approved House Joint Resolution 311, making interim appropriations to the Department of Labor to begin the task of bringing Mexican farm workers into this country under the terms of Public Law 78, approved July 12, and in conformity with the recently concluded agreement between this Government and the Republic of Mexico.

I am glad that in passing this joint resolution the Congress has begun action on those measures which will aid in the development of a well-rounded program dealing with the immigration of Mexican farm workers. I am most hopeful that the Congress will now give expeditious consideration also to the appropriations and the substantive legislative proposals needed to complete action on the recommendations in my message to the Congress of July 13, 1951.

Our present agreement with Mexico will terminate in less than 6 months, and it is vital that the Congress complete action on these recommendations before that time runs out, if we are to negotiate with the Mexican Government for a new agreement to meet our needs for workers in the next crop year.

*Note: As enacted, H.J- Res. 311 is Public Law 113, 82d Congress (65 Stat. 190). See also Item 154.*

Harry S. Truman, Statement by the President Upon Signing Bill Relating to the Employment of Mexican Agricultural Workers. Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/230590