IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                           )<br>)<br>CLAUDIO ALVAREZ RODRIGUEZ,   )<br>)<br>         Defendant.                          )<br>_____) | No. 1:21-cr-179 (AJT) |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss Indictment. [Doc. No. 23] (the "Motion"). Upon consideration of the Motion, the memoranda submitted in support thereof and in opposition thereto, the arguments of counsel presented at the hearing held on October 6, 2021, and for the reasons stated from the bench, it is hereby

ORDERED that the Defendant's Motion to Dismiss Indictment [Doc. No. 23] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

October 6, 2021
Alexandria, Virginia